UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILER AUDACE,<br>Petitioner,<br>v.<br>CHRISTOPHER J. LaROSE, Senior Warden Otay Mesa Detention Center; et al.,<br>Respondent. | Case No.: 26-cv-5003-RSH-AHG<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On September 3, 2026, petitioner Chiler Audace filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner, who is in immigration custody, alleges, in relevant part, that he has been unlawfully denied a bond hearing to which he is entitled pursuant to 8 U.S.C. § 1226(a). On September 8, 2026, the Government filed a return stating that it does not oppose an order directing a bond hearing pursuant to 8 U.S.C. § 1226(a). ECF No. 4, at 1–2. On September 8, 2026, Petitioner filed a traverse.

//

//

//

//

In light of the Government's non-opposition, the Petition is **GRANTED** as follows. The Government is directed to hold a bond hearing pursuant to 8 U.S.C. § 1226(a) for petitioner Chiler Audace ***within seven (7) days of the date of this order***, or such later date as may be requested by Petitioner. The Court declines to order Petitioner's immediate release on the grounds that the Petition does not establish a basis for that relief. To the extent Petitioner seeks attorneys' fees, he must file a noticed motion pursuant to the Civil Local Rules of this district and the undersigned's pretrial civil procedures.

**IT IS SO ORDERED.**

Dated: September 8, 2026

Hon. Robert S. Huie
United States District Judge